**Transferred case has been opened**
ecfMOW.notification    to: InterdistrictTransfer_LAED         07/16/2012 09:44 AM

```
CASE: 2:12-cv-01536

DETAILS: Case transferred from Louisiana Eastern
has been opened in Western District of Missouri
as case 4:12-cv-00932, filed 07/13/2012.
```